# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 17, 2022

## NO. 03-20-00102-CR

**Patrick Leonard Martin, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
### BEFORE JUSTICES BAKER, TRIANA, AND SMITH
### AFFIRMED -- OPINION BY JUSTICE SMITH

This is an appeal from the judgments of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgments of conviction and acquittal. Therefore, the Court affirms the trial court's judgments of conviction and acquittal. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.